

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00517-CR

Willie Allen **BOUDRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4039W
Honorable Lorina I. Rummel, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 22, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court